IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FORREST KENDRID,** | 2:23-cv-01145 KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANT TUCCI'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |
| v. | |
| **YAHIYA, et al.,** | |
| Defendants. | |

The Court, having reviewed Defendant Tucci's Motion to Opt Out of Post-Screening Early ADR, finds that the request is supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant N. Tucci's Motion to Opt Out of Post-Screening Early ADR (ECF No. 17) is granted;

2. The stay of this action is lifted; and

////

////

////

1

[Proposed] Order  (2:23-cv-01145 KJN)

3. Defendant Tucci shall file a response to plaintiff's complaint within thirty days of the date of this order.

Dated: December 4, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ken1145.opt