IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST KENDRID,**<br><br>Plaintiff,<br><br>v.<br><br>**D. YAHYA, et al.,**<br><br>Defendants. | Case No. 2:23-cv-01145-CSK<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |

Good cause appearing, the Court **GRANTS** Defendants' *ex parte* application for an extension of time.  (ECF No. 33.)  The deadline to complete discovery and file motions to compel is extended to July 16, 2024.  The deadline to file pretrial motions is extended to October 22, 2024.

Dated:  May 6, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ken1145.eot

2