IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST KENDRID,** | Case No. 2:23-cv-01145 TLN CSK P |
| Plaintiff, | |
| v. | **ORDER** |
| **D. YAHYA, et al.,** | |
| Defendants. | |

Pending before this Court is defendants' request to exceed the twenty page limit for their memorandum of points and authorities in support of their summary judgment motion. (ECF No. 43.) Defendants request to increase the page limit from twenty pages to twenty-five pages. (Id.) In the pending request, defendants appear to refer to this Court's civil standing order requiring that the points and authorities in summary judgment motions shall not exceed twenty pages. See Civil Standing Orders of Magistrate Judge Chi Soo Kim. However, this Standing Order does not apply to prisoner cases. See id. The instant action is classified as a prisoner civil rights action.

Accordingly, IT IS HEREBY ORDERED that defendants' request to exceed the page limit for their memorandum of points and authorities (ECF No. 43) is denied as unnecessary.

Dated: September 11, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Kend1145.ord(2)/2